# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| EDWARD S. MAZUREK, | : No. 143 MM 2014 |
| Respondent | : |
| v. | : |
| JOANNE R. RUSSELL, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**.